UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ANTHONY S. BERRINGER,

        Plaintiff,

  vs.

WEBB, et al.,

        Defendants.
                                  /

No. C 11-4443 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights action filed pro se by a state prisoner.  The court notified plaintiff on the day the case was filed that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP").  He was warned that the case would be dismissed if he did not either pay the fee or file an IFP application within thirty days.

No response has been received and the time to do so has expired.  This case therefore is **DISMISSED** without prejudice.  The clerk shall close this file.

**IT IS SO ORDERED.**

Dated:  November 8, 2011.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

P:\PRO-SE\PJH\CR.11\BERRINGER4443.DSM-IFP.wpd